CUATOTOLAPAM SUGAR COMPANY, Respondent, v. EMAN L. BECK, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurrer and answer on payment of costs. No opinion. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

TILLIE OSHRIN, by Her Guardian ad Litem, JOSEPH OSHRIN, Respondent, v. SIMON SHAPIRO, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

NICHOLAS NIXON, Respondent, v. NEW YORK RAILWAYS COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present— Clarke, P. J., Scott, Smith, Page and Davis, JJ.

STEPHEN M. WELD and Others, as Surviving Partners, etc., Respondents, v. AMERICAN DOCK COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to amend on payment of costs. No opinion. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

ANNA KRAUS, Respondent, v. LENA HALPERN, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

PETER M. ARCHDEACON, Appellant, v. GEORGE P. HAMMOND, JR., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROSALIE WEISER, Appellant, v. ST. GEORGE B. TUCKER and Others, Composing the Board of Assessors of the City of New York, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

DANIEL SULLIVAN, as President of Consolidated Association No. 33 of the National Marine Engineers' Beneficial Association of the United States of America, an Unincorporated Association, Consisting of More Than Seven Members, Appellant, v. BRUCE GIBSON, Individually and as President of the National Marine Engineers' Beneficial Association of the United States of America, an Unincorporated Association, Consisting of More Than Seven Members, and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.